UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re: ) **Judge Russ Kendig**
)
Gary Kiltau , ) Case No. 15-62170
)
**Debtor(s)** ) **Chapter 13 Plan**
) **Confirmation Review Summary**

1. Real estate retained

    Address: 12839 Hoover Ave NW, Uniontown, OH 44685

    | County | PPN | Yr. of Purchase | Purchase Price | Estimated Value |
    |---|---|---|---|---|
    | Stark | | 1995 | $82,000.00 | $126,000.00 |

    Source of value estimation: Stark County

    | Mortgages/liens | Creditor | Priority/Property | Amount | Paid or Avoided |
    |---|---|---|---|---|
    | Mortgage | Chase Bank | Secured | $60,000.00 | |

    Monthly payments to be made by trustee or debtor: Debtor.

    If owned in any part with anyone other than a co-debtor, explain fully.

2. Percentage to general unsecured creditors: 5 %

3. Income

    A. Debtor(s)' gross income (from line 22 of 1040 or line 15 of 1040A or line 1 of 1040EZ forms only or the corresponding lines on revised IRS forms).

1

Last full calendar year $ 31,874.00

Year prior to last full calendar year $ 27,978.00

B. Estimated monthly income

Gross $ 3,800.00

Net $ 3,141.00

C. Explain any discrepancy between actual income reported in 3A and estimated income in 3B. _____

4. Current employment  (Debtor)  (Spouse)

 A. Employer Direct Therapy

 B. Job title Physical Therapist Assistant

5. Answer to question 10 from Statement of Affairs: None

6. Attorney fees (amount) 3000

7. If debtor is married and this is not a joint petition, explain why: _____

_Wl___ (signature)_
Attorney's Signature - Name typed below
Warner Mendenhall

Signed under the pains and penalty of perjury.

_Gary Kiltau (signature)_
Debtor's Signature - Name typed below

GARY A. KILTAU

Signed under the pains and penalty of perjury.

Debtor's Signature - Name typed below