IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE: : CHAPTER 13 PROCEEDINGS

Gary Kiltau : CASE NO: 15-62170

: JUDGE RUSS KENDIG

DEBTOR(S) : REPORT OF 341 NOT HELD AND
NOT CONTINUED

*************************************************************************

The First Meeting of Creditors for the above named Case was scheduled on the 25th day of November, 20 15. However, the meeting did not go forward and the 341 meeting has **not** been continued for the following reason(s):

☐ The Debtor(s) failed to appear at the 341 meeting
☑ The prior year's tax return(s) was not received by the Trustee 7 days prior to this meeting
☑ Payments have not been made as ordered by the Court
☐ Plans and/or schedules for this Debtor were not filed
☑ Other: 2011 tax returns not filed

THEREFORE, this case will be set for Dismissal.   11/13/15

_N/A_
Attorney signature

Mendenhall

Rebecca Heiley
Chapter 13 Staff

MTD filed 11/13/15
for missing docs,
missing pmts,
plan not confirmable
• missing T/R's 2011, 2014

## CERTIFICATE OF SERVICE

I certify that on December 1, 2015, a true and correct copy of the REPORT was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    WARNER MENDENHALL, on behalf of GARY KILTAU, at warnermendenhall@hotmail.com

And by regular U.S. Mail, postage prepaid, on:

    GARY KILTAU
    12839 HOOVER AVE NW
    UNIONTOWN, OH 44685

    /s/ Toby L. Rosen
    Toby L. Rosen, Chapter 13 Trustee
    400 West Tuscarawas Street, 4th Floor
    Canton, Ohio 44702
    330-455-2222